565 A.2d 442

**E–Z PARKS, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION and Philadelphia Parking Authority.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1989.

Decided Oct. 26, 1989.

Bruce L. Thall, Thomas S. McNamara, Philadelphia, for appellant.

William J. Cressler, Harrisburg, for Pennsylvania D.O.T.

S. David Fineman, Philadelphia, for Philadelphia Parking Authority.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.